Form B6 - (6/90)                                                                                                          1998 USBC, Central District of California

# United States Bankruptcy Court
## Central District of California
## Los Angeles Division

| In re | Oscar Martinez | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 20,000.00 | | |
| B - Personal Property | YES | 3 | $ 6,680.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 24,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 9,674.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,591.66 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,605.80 |
| Total Number of sheets in ALL Schedules | | 14 | | | |
| Total Assets | | | $ 26,680.00 | | |
| Total Liabilities | | | | $ 33,674.00 | |