Form B6A - (6/90)                                                                                         2001 USBC, Central District of California

| In re Oscar Martinez | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 115 Del Mar Circle, Mira Loma, CA 91752 (Mobile home) | Fee Owner | | $ 20,000.00 | $ 19,000.00 |
| NOTE:   Debtor rents space at address. | | | | |

Total ▶ $ 20,000.00

(Report also on Summary of Schedules.)