Form B6H - (6/90)

1998 USBC, Central District of California

In re  **Oscar Martinez**

Debtor.

Case No.:

(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maria Bertha Cruz**<br>115 Del Mar Circle<br>Mira Loma, CA 91752 | **Hammer Park Associates**<br>5800 Hamner<br>Mira Loma, CA 91752 |