Form B8 (Official Form 8) - (Rev. 12/03)                                                    2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California
## Los Angeles Division

| In re | Oscar Martinez | | Case No.: |
|---|---|---|---|
| | | Debtor | Chapter: 7 |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property                    Creditor's Name

   **None**

   b. *Property To Be Retained.*                                   *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 115 Del Mar Circle, Mira Loma, CA 91752 (Mobile home) | Hammer Park Associates | | | | Continue payments |
| 2. 115 Del Mar Circle, Mira Loma, CA 91752 (Mobile home) Space rent, Rabish, Utility bills. | Swan Lake | | | | Continue payments |
| 3. Mercury Villager 1997 (137,000 miles) | Transouth | | | | Continue payments |

Date: 11-4-2004                                               OSCAR MARTINEZ
                                                              Signature of Debtor