Oscar Martinez
115 Del Mar Circle
Mira Loma, CA 91752

Michael Colmenares
Colmenares & Tomilowitz
8361 E. Florence Ave. Ste. 203
Downey, CA 90240

Bay Area Credit Service, Inc.
50 Airport Parkway, Ste. 100
San Jose, CA 95110

Capital One
PO Box 34631
Seattle, WA 98124-1631

Hammer Park Associates
5800 Hamner
Mira Loma, CA 91752

Harbor Specialty Insurance Co.
PO Box 6078
Camarillo, CA 93011-6078

La Curacao
PO Box 60142
City of Industry, CA 91716.

La Curacao
1605 W. Olympic blvd. Ste. 700
Los Angeles, CA 90015

Lowes
PO Box 105980, Dept. 79
Atlanta, GA 30353-5980

Maria Bertha Cruz
115 Del Mar Circle
Mira Loma, CA 91752

Sears Card
PO Box 6563
The Lakes, NV 88901-6563

Swan Lake
5800 Hamner
Mira Loma, CA 91752

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Transouth
PO Box 8021
South Hackensack, NJ 07606-8021