A. Cisneros
3403 Tenth Street, Suite 711
Riverside, CA  92501
Telephone:    (951) 328-3124
Telecopier    (951) 682-9707

Chapter 7 Trustee



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | Case No.: RS-04-22331-MJ |
| | 04223312 |
| MARTINEZ OSCAR | Chapter: 7 |
| | REPORT OF TRUSTEE IN CHAPTER 7 |
| Debtor(s) | NO ASSET CASE |

    The undersigned, duly appointed Chapter 7 Trustee of the estate of the above-named debtor(s), reports that he has neither received any property nor paid any money on account of this estate; that he has made diligent inquiry into the whereabouts of property belonging to the estate; that he has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein. Therefore, the Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 USC 554(c).

    WHEREFORE, the Trustee prays that this report be approved, that he be discharged from office, and his bond exonerated, and for all other applicable orders.

Dated:  January 7, 2005



A. CISNEROS, Trustee

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT

AND THE SAID ESTATE(S) IS HEREBY CLOSED

Dated: _____

JON D. CERETTO
CLERK OF THE COURT